UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TALAMANTES,<br><br>       Plaintiff,<br><br>  vs.<br><br>MERCED COUNTY JAIL, et al.,<br><br>       Defendants. | **1:20-cv-01643-DAD-GSA-PC**<br><br>**ORDER REQUIRING PLAINTIFF TO USE THE ADDRESS WHERE HE RESIDES AS HIS ADDRESS-OF-RECORD AT THE COURT**<br><br>**ORDER FOR PLAINTIFF TO FILE NOTICE OF CHANGE OF ADDRESS WITHIN THIRTY DAYS**<br><br>**ORDER DIRECTING CLERK TO MAIL CHANGE-OF-ADDRESS FORM AND COPY OF THIS ORDER TO PLAINTIFF AT FOUR ADDRESSES** |

## I.    BACKGROUND

Jeffrey Talamantes ("Plaintiff") is a jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on November 18, 2020.  (ECF No. 1.)  The Complaint awaits the court's requisite screening under 28 U.S.C. § 1915.

On the face of his Complaint Plaintiff indicates that he is incarcerated at the Merced County Jail, 2584 W. Sandy Mush Rd., Merced, CA 95341.  (ECF No. 1 at 1.)  On page 7 of the Complaint, Plaintiff informs the court that he will be using his mother's home address instead of the one written on the first page of the Complaint because he was transferred and will be transferred again.  (ECF No. 1 at 7.)  His mother's address is 346 Church Ave., Oakdale, CA 95361.  (Id.)  During the pendency of this case the court has used two other addresses whose origins are unclear: (1) #181164, John Latorraca Correctional Center, 2584 West Sandy Mush

Road, El Nido, CA 95341, and (2) #181164, C.I.M., P.O. Box 368, Chino, CA 91708.  (Court Record.)   Plaintiff's current address of record in this case appears to be the Chino address, but mail has been returned to the court from both the El Nido and Chino addresses as undeliverable. (Court Record.)

## II.     CHANGE OF ADDRESS TO ADDRESS OTHER THAN PRO SE LITIGANT'S ACTUAL ADDRESS

In the event that Plaintiff intends to retain his status as a *pro se* litigant and continue representing himself, he may not change his address of record at the court to an address where he does not reside.  There is no Federal Rule of Civil Procedure or Local Rule allowing service of court and other legal documents at an address other than a *pro se* litigant's actual address. Local Rules 131, 182(f), and 183(b) require *pro se* litigants to inform the court of their addresses and to keep the court informed of any change in their addresses.  There is no authority for the proposition that a *pro se* litigant may simply request the court to serve him at a different address.

There may be special circumstances in which the court could serve a *pro se* litigant at a separate address.  However, no such special circumstances are apparent here.  Moreover, service at a location other than Plaintiff's place of residence can pose significant problems with ensuring that Plaintiff receives all court documents, meets court deadlines, and prepares and signs all of his own legal documentation as a party proceeding in *pro se*.

The Clerk of Court is therefore directed to send Plaintiff a change-of-address form. Plaintiff is required to complete and return the form to the court within thirty days notifying the court of his address of actual residence.  Plaintiff is cautioned that *pro se* litigants are required to notify the Clerk and all other parties of any change of address, and absent such notice, service of documents at the prior address of the party shall be fully effective.  See Local Rule 182(f). Moreover, Plaintiff's failure to comply with an order or any Local Rule may be grounds for dismissal of the entire action.  See Local Rule 110.

## III.    CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1.     Plaintiff is required to use the address where he resides as his address-of-record at the court;

2.     The Clerk of Court is DIRECTED to:

    (a)     Mail a copy of this order and a change-of-address form to Plaintiff at the following four addresses:

          (1)     Jeffrey Talamantes
                      #181164
                      Merced County Jail
                      2584 W. Sandy Mush Rd.
                      Merced, CA 95341

          (2)     Jeffrey Talamantes
                      346 Church Ave.
                      Oakdale, CA  95361

          (3)     Jeffrey Talamantes
                      #181164
                      John Latorraca Correctional Center
                      2584 West Sandy Mush Road
                      El Nido, CA 95341

          (4)     Jeffrey Talamantes
                      #181164
                      C.I.M.
                      P.O. Box 368
                      Chino, CA 91708

3.     Within thirty days of the date of service of this order, Plaintiff is required to file a notice of change of address, notifying the court of his address of actual residence; and

4.     Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  __March 17, 2021__        _____/s/ Gary S. Austin_____
                                          UNITED STATES MAGISTRATE JUDGE