# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TALAMANTES,<br><br>        Plaintiff,<br><br>    vs.<br><br>MERCED COUNTY JAIL, et al.,<br><br>        Defendants. | **1:20-cv-01643-DAD-GSA-PC**<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR COURT TO PROVIDE INFORMATION**<br>**(ECF No. 8.)** |

       Jeffrey Talamantes ("Plaintiff") is a jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

       On April 26, 2021, Plaintiff filed a request for the court to inform him about his rights to protect himself, how to obtain copies from the Merced County Jail, and how to obtain witness statements. Plaintiff is advised that it is not the court's duty to act as Plaintiff's counsel or paralegal in these matters. Martinez v. Court of Appeal of Cal., Fourth Appellate Dist., 528 U.S. 152, 162, 120 S.Ct. 684, 145 L.Ed.2d 597 (2000) ("[T]he trial judge is under no duty to provide personal instruction on courtroom procedure or to perform any legal 'chores' for the defendant that counsel would normally carry out"); Pliler v. Ford, 542 U.S. 225, 231, 124 S. Ct. 2441,

1

2446, 159 L. Ed. 2d 338 (2004) ("Requiring district courts to advise a *pro se* litigant in such a manner would undermine district judges' role as impartial decisionmakers.").

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for court to provide information, filed on April 26, 2021, is DENIED.

IT IS SO ORDERED.

Dated: **April 28, 2021**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE