UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TALAMANTES,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY JAIL, et al.,<br><br>Defendants. | No. 1:20-cv-01643-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 8, 11) |

Plaintiff Jeffrey Talamantes is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for preliminary injunctive relief (Doc. No. 8) be denied. (Doc. No. 10.) The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days. To date, no objections have been filed, and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

/////

1

Accordingly,

1. The findings and recommendations issued on April 28, 2021 (Doc. No. 10) are adopted in full;
2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 8) is denied; and
3. This action is referred back to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **June 14, 2021**

_____
UNITED STATES DISTRICT JUDGE