UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TALAMANTES,<br><br>Plaintiff,<br><br>v.<br><br>MERCED COUNTY JAIL, et al.,<br><br>Defendants. | No.  1:20-cv-01643-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Jeffrey Talamantes is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 8, 2021, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion for preliminary injunctive relief be denied due to a lack of jurisdiction.  (Doc. No. 13.)  Specifically, the magistrate judge found that the preliminary relief sought by plaintiff would not remedy any of the claims upon which the case proceeds, and that the court lacked personal jurisdiction to order injunctive relief because no defendants have yet appeared in this action.  (*Id.* at 2.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  (*Id.* at 3)  The time for filing objections has since passed, and no objections have been filed.

/////

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 8, 2021 (Doc. No. 13) are adopted in full;
2. Plaintiff's motion for preliminary injunctive relief (Doc. No. 11) is denied; and
3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 4, 2021**                    _____Dale A. Drozd_____
                                              UNITED STATES DISTRICT JUDGE