UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY M. TALAMANTES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MERCED COUNTY JAIL, et al.,<br><br>　　　　　Defendants. | No.  1:20-cv-01643-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 18.)<br><br>ORDER DISMISSING CASE, WITHOUT PREJUDICE, FOR FAILURE TO OBEY COURT ORDER<br><br>(Doc. No. 17.)<br><br>ORDER FOR CLERK TO CLOSE CASE |

　　　　Plaintiff Jeffrey M. Talamantes is a former inmate proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 13, 2022, findings and recommendations were entered, recommending that this action be dismissed, without prejudice, based on plaintiff's failure to comply with a court order. (Doc. No. 18.)  Plaintiff was granted fourteen days in which to file objections to the findings and recommendations.  *Id.*  Over three months have passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on May 13, 2022 are adopted in full;

2. This action is dismissed, without prejudice, based on plaintiff's failure to comply with a court order; and

3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   September 15, 2022

UNITED STATES DISTRICT JUDGE

2